Entered on Docket June 18, 2015

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No.: 15-11000 |
| PATRICK AND LEENA KIRSCHMAN, ) | |
| ) | |
| Debtors ) | |
| _____ | |
| ) | |
| PATRICK AND LEENA KIRSCHMAN, ) | Adversary Case No.: 15-01118 |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, ) | |
| and John Does 1-3, ) | ORDER OF DEFAULT |
| Defendants ) | |

**IT IS HEREBY ORDERED:**

1. That the defendant, Bank of America, the creditor in the above referenced case,

Order of Default

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

| | |
|---|---|
| 1 | failed to file responsive pleadings, is in default and the Order for Judgment may be |
| 2 | entered against the defendant. |

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP

/s/ Thomas D. Neeleman
Thomas D. Neeleman, #33980
Angela R. Neeleman, #37421
Jennifer L. Neeleman, #37474
Attorney for Debtors
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone (425)212-4800

Order of Default

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**